```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 42048
   VANCE BALARK
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8993

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 09/29/2005 and was confirmed 11/14/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  95.03% from remaining funds.

    The case was paid in full 12/11/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
AMERICASH LOANS LLC        UNSECURED            209.79          .00         199.36
COMCAST                    UNSECURED         NOT FILED          .00            .00
US DEPT OF EDUCATION       UNSECURED           3681.50          .00        3498.53
FINANICAL CHOICE           UNSECURED         NOT FILED          .00            .00
PREMIER BANCARD CHARTER    UNSECURED            253.67          .00         241.06
INSTANT CASH               UNSECURED         NOT FILED          .00            .00
LOUIS A WEISS MEMORIAL H   UNSECURED         NOT FILED          .00            .00
PAY DAY LOAN STORE         UNSECURED         NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED          .00            .00
TCF BANK & SAVINGS         UNSECURED         NOT FILED          .00            .00
T MOBILE                   UNSECURED            193.45          .00         183.84
AMERICAS FINANCIAL CHOIC   UNSECURED OTH       230.74          .00         219.28
PETER FRANCIS GERACI       DEBTOR ATTY       2,600.00                     2,600.00
TOM VAUGHN                 TRUSTEE                                          457.93
DEBTOR REFUND              REFUND                                             4.12

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   7,404.12

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                       4,342.07
ADMINISTRATIVE                                  2,600.00
TRUSTEE COMPENSATION                              457.93
DEBTOR REFUND                                       4.12
                         --------------     --------------
TOTALS                    7,404.12              7,404.12
```

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 42048 VANCE BALARK

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 42048 VANCE BALARK